

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-14-00465-CV

**I-10 Colony, Inc.**

v.

**Chao Kuan Lee, Li Yang Lee, and Li Hsiang Chang**

NO. 2014-08459 IN THE 151ST DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| SUPP CLK RECORD | $8.00 | 03/16/2015 | UNKNOWN | UNK |
| SUPP CLK RECORD | $13.00 | 09/16/2014 | PAID | APE |
| RPT RECORD | $240.00 | 09/05/2014 | PAID | ANT |
| MT FEE | $10.00 | 09/02/2014 | E-PAID | APE |
| SUPP CLK RECORD | $90.00 | 08/25/2014 | PAID | ANT |
| MT FEE | $10.00 | 07/16/2014 | E-PAID | ANT |
| FILING | $175.00 | 06/30/2014 | E-PAID | ANT |
| STATEWIDE EFILING | $20.00 | 06/30/2014 | E-PAID | ANT |
| RPT RECORD | $407.96 | 06/26/2014 | PAID | ANT |
| CLK RECORD | $108.00 | 06/19/2014 | PAID | ANT |
| MT FEE | $10.00 | 06/18/2014 | E-PAID | APE |
| MT FEE | $10.00 | 06/13/2014 | E-PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $1,101.96.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby

certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this July 3, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**